JS-6 ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL FUENTES, SR., <br><br> Petitioner, <br><br> v. <br><br> JAMES TILTON, Secretary, <br><br> Respondent. | Case No. EDCV 07-1605-JSL (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: June 30, 2008

J. Spencer Letts
United States District Judge

